UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT MITCHELL ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-10-325 |
| | § | |
| D. KUKUA, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On July 26, 2011, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that Nurse Webb's motion for summary judgment, (D.E. 55), be granted in her favor, and that plaintiff's deliberate indifference claims against her be dismissed with prejudice. On August 8, 2011, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that Nurse Webb's motion for summary judgment is granted, and plaintiff's deliberate indifference claims against her are dismissed with prejudice.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 9th day of August, 2011.

                                                 Janis Graham Jack
                                      Senior United States District Judge